J.R. HOWELL (State Bar No. 268086)
jr@lojrh.com
LAW OFFICE OF J.R. HOWELL
2219 Main Street
Suite 436
Santa Monica, CA 90405
Tel: (323) 897-8656

ATTORNEY FOR PLAINTIFF,
JEFF GANAN AND THE PROPOSED CLASSES

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF GANAN, on behalf of himself and all others similarly situated,<br>Plaintiff,<br>v.<br>LINKEDIN CORPORATION,<br>Defendant. | Case No. 3:26-cv-02968-VC<br><br>**NOTICE OF OPPOSITION TO PLAINTIFF FARRELL'S MOTION TO CONSOLIDATE AND MOTION TO APPOINT INTERIM CLASS COUNSEL** |

**TO THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** in response to the Motion to Consolidate and Motion to Appoint Interim Class Counsel filed by Plaintiff's Counsel in the related case *Farrell v. LinkedIn Corp.*, 3:26-CV-02953-VC, Plaintiff Ganan has filed a brief in opposition on the related docket, *Ganan v. LinkedIn Corp.*, 3:26-CV-02968-VC.

DATE: June 4, 2026.

Respectfully submitted,

J.R. HOWELL,
LAW OFFICE OF J.R. HOWELL

*/s/ J.R. Howell*

J.R. Howell (Cal. Bar No. 268086)
*Attorney for Plaintiff, Jeff Ganan and the Proposed Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 4, 2026. I further certify that Counsel for Defendant, LinkedIn Corporation, are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Counsel for Plaintiff Farrell are served via email using the email addresses registered with the CM/ECF system below:

Joshua D. Arisohn, Esq.
Email: josh@arisohnllc.com

Nithin Kumar, Esq.
Email: nithin@kingfisherlawapc.com

Scott Robert Drury, Esq.
Email: scott@drurylegal.com

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2026.

*/s/ J.R. Howell*
J.R. Howell (Cal. Bar No. 268086)