# EXHIBIT

# B

**LinkedIn Browser Extensions Joint Prosecution and Attorney Fee Agreement**

This Agreement is between (1) Arisohn LLC ("Arisohn"), (2) Drury Legal, LLC ("Drury") and (3) Law Office of J.R. Howell ("Howell").

WHEREAS, on April 6, 2026, Arisohn and Drury filed a case captioned as *Farrell v. LinkedIn Corporation*, 4:26-cv-02953 (N.D. Cal.), alleging that LinkedIn Corporation ("LinkedIn") surreptitiously tracks users' devices for data about their installed browser extensions without their consent or knowledge;

WHEREAS, later on April 6, 2026, Howell filed a case captioned as *Ganan v. v. LinkedIn Corporation*, 5:26-cv-02968 (N.D. Cal.), asserting similar allegations;

WHEREAS, Arisohn, Drury and Howell have met and conferred and have reached an understanding with regard to the joint prosecution of claims against LinkedIn as set out in the *Farrell* and *Ganan* matters (the "Action");

THEREFORE, Arisohn, Drury and Howell hereby agree to the following:

1. SCOPE OF AGREEMENT

   a. This Agreement sets forth the terms and conditions upon which Arisohn, Drury and Howell shall act as co-counsel in the Action.
   b. Arisohn, Drury and Howell agree to adhere to this Agreement should they file, be named as counsel in or otherwise participate in any similarly related actions subsequently filed with regard to the subject matter of the Action.

2. UNDERSTANDING OF THE ATTORNEYS AND ASSIGNMENT OF WORK

   a. Arisohn, Drury and Howell will cooperate, work together to advance the claims asserted in the Action and share billable work as set forth below. At class certification, Arisohn, Drury and Howell shall file a joint motion requesting that the Court appoint each of them as co-lead class counsel.
   b. Arisohn, Drury and Howell will endeavor to agree on all litigation decisions regarding prosecution of the Action. To the extent that there is any disagreement with regards to a litigation decision, Arisohn, Drury and Howell agree that a majority vote amongst them will determine which course to take in the Action.
   c. Arisohn, Drury and Howell agree to keep accurate, complete and contemporaneous records and of costs and expenses incurred. At the request of either party, the other party shall provide a report to each other of its billable time and expenses. No party shall be entitled to such a report more than once every three months.
   d. Arisohn, Drury and Howell have each independently reviewed and researched the claims in the Action and each has come to its own conclusions

as to the appropriateness of entering into this Agreement. Neither Arisohn, Drury nor Howell has relied upon any warranty, representation or promise in connection with its entering into this Agreement.

.

3. COSTS AND EXPENSES OF THE ACTION

a. Responsibility for Costs and Expenses. Unless otherwise agreed, Arisohn, Drury and Howell shall bear their own non-material costs and expenses. Any material billable cost and expense shall be borne 40% by Arisohn, 40% by Drury and 20% by Howell.
b. Litigation Fund. Arisohn, Drury and Howell may create a litigation fund, if necessary. In the event such litigation fund is created, Arisohn and Drury shall each contribute 40% of the money to be deposited into the litigation fund and Howell shall contribute 20% of the money to be deposited into the fund.

4. SHARES IN FEE COMPENSATION IN LITIGATION

a. Arisohn, Drury and Howell agree that they shall share any and all fee compensation derived from the prosecution of the Action as set forth in paragraph 4.b. below.
b. Arisohn, Drury and Howell shall divide the attorneys' fees as follows:

   i. 40% to Arisohn
   ii. 40% to Drury
   iii. 20% to Howell

c. In the event that the allocation of workload among the attorneys varies significantly from this proposed allocation, Arisohn, Drury and Howell agree to discuss in good faith the reapportionment of the workload to conform to this agreement, or alternatively, a modification to this allocation to avoid substantial undercompensation to one firm.

5. WITHDRAWAL AS COUNSEL

a. In the event of a withdrawal of either Arisohn, Drury or Howell, the withdrawing firm shall be deemed to have waived any right set forth herein to share in any fee compensation derived from the prosecution of claims in the Action, provided however, that such withdrawal shall not prejudice the withdrawing attorneys' rights to be compensated at his established hourly rate for work done prior to the withdrawal.

6. CONFIDENTIALITY

a. Except as may be required by any rules regarding disclosure of this Agreement to the court, Arisohn, Drury and Howell agree to keep confidential to the fullest extent possible under law the terms and existence of this Agreement and

all information shared under this Agreement.

7. ARBITRATION

   a. Any dispute relating in any way to this Agreement shall be resolved through binding arbitration and not through litigation in any court. The parties agree to submit any dispute to the American Arbitration Association pursuant to the Commercial Arbitration Rules, or to an otherwise agreed-upon neutral arbitrator. Any award will be enforceable in any court of competent jurisdiction.

8. This Agreement sets forth the entire agreement between Arisohn, Drury and Howell and fully supersedes any prior or contemporaneous agreements or understandings between them.

9. This Agreement may not be modified except upon express written consent of all parties wherein specific reference is made to this Agreement.

10. This Agreement shall be governed and conformed in accordance with the laws of the State of California.

11. This Agreement may be executed in counterparts.

Dated: _______________ ARISOHN LLC

By: __________________________

Joshua D. Arisohn
94 Blakeslee Rd.
Litchfield, CT 06759
Telephone: (917) 656-0569
Email: josh@arisohnllc.com

Dated: _________________ DRURY LEGAL, LLC

By: __________________________

Scott Drury
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
Email: scott@drurylegal.com

Dated: ________________

LAW OFFICE OF J.R. HOWELL

By: ________________________

J.R. Howell
2219 Main Street
Suite 436
Santa Monica, CA 90405
Telephone: (323) 897-8656
Email: jr@lojrh.com