# Exhibit A

**Related Cases:**
*Farrell v. LinkedIn Corp.*, No. 3:26-cv-02953-VC
*Ganan v. LinkedIn Corp.*, No. 3:26-cv-02968-VC



# LINKEDIN DATA PROCESSING AGREEMENT
## (with EU Standard Contractual Clauses)

This Data Processing Agreement (hereinafter "**DPA**") is entered by the supplier listed in the signature blocks below ("**Supplier**" or "**HUMAN**") and LinkedIn Corporation, LinkedIn Ireland Unlimited Company and their Affiliates ("**LinkedIn**"), effective as of the date last signed ("**Effective Date**").

This DPA governs the processing of Personal Data, including, without limitation, EU Personal Data, by Supplier in connection with Supplier's performance (e.g., provision of services, software licenses, cloud services) under the terms of its contract with a LinkedIn affiliate, including the master agreement terms, the relevant of Work (SOW), Order Form, or other purchase ordering document, and all exhibits, appendices, annexes, attachments, and amendments (collectively, the "**Agreement**").

"**Personal Data**" means information about an individual that (a) can be used to identify, contact or locate a specific individual; (b) can be combined with other information that is linked to a specific individual to identify, contact or locate a specific individual; or (c) is defined as "personal data" or "personal information" by applicable laws or regulations relating to the collection, use, storage or disclosure of information about an identifiable individual. Supplier will protect all Personal Data received from LinkedIn under this DPA as Confidential Information under the Agreement. "**EU Personal Data**" means Personal Data relating to data subjects located in the European Union, European Economic Area, Switzerland and (the "**Designated Countries**").

As between the parties, with regard to EU Personal Data, LinkedIn Ireland Unlimited Company is a Data Controller and Supplier may be either a Data Processor for LinkedIn Ireland Unlimited Company or a Subprocessor for LinkedIn Corporation or other non-EU LinkedIn entity with regard to EU Personal Data. "**Data Controller**", "**Data Processor**", "**subprocessor**", "**Supervisory Authority**", "**data subject**", and "**process**" have the meanings given in the relevant Data Protection Requirements.

In the event of any conflict or inconsistency between any of the terms of the Agreement, the provisions of the following documents (in order of precedence) shall prevail: (a) the SCCs; (b) this DPA; (c) the relevant SOW, Order Form or other ordering document; (d) the master agreement; and (e) the LinkedIn purchase order. Except as specifically amended in this DPA, the Agreement remain unchanged and in full force and effect.

1. **NATURE OF DATA PROCESSING.** The subject matter of the data processing, including the processing operations carried out by Supplier on behalf of LinkedIn and LinkedIn's data processing instructions for Supplier, will be described in each purchase ordering document, which form integral parts of the Agreement.

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                    1
Last Update: September 2021

00223451.0



2. **COMPLIANCE WITH LAWS.** The parties shall each comply with their respective obligations under all applicable laws, regulations, and other legal requirements relating to (i) privacy, data security, consumer protection, marketing, promotion, and text messaging, email, and other communications; and (ii) the use, collection, retention, storage, security, disclosure, transfer, disposal, and other processing of any Personal Data ("**Privacy Laws**"). Privacy Laws may include, but are not limited to, Lei Geral de Proteção de Dados (Brazil's General Data Protection Law) and the California Consumer Privacy Act. More specifically, and without limiting the foregoing, with regard to EU Personal Data, the parties will comply with each of their respective obligations under the European Union Regulation on the protection of natural persons with regard to the processing of personal data and on the free movement of such data (the "**General Data Protection Regulation**") and any subordinate legislation and regulation implementing the General Data Protection Regulation which may apply (collectively, with Privacy Laws, the "**Data Protection Requirements**"). Both parties warrant that if and to the extent legally required, they will obtain, and at all times maintain any applicable registrations and authorizations under the applicable Data Protection Requirements appropriate to the performance of their obligations under the Agreement.

3. **OBLIGATIONS OF THE DATA CONTROLLER.** LinkedIn, in its capacity as Data Controller, shall:

3.1. provide instruction to Supplier and determine the purposes and general means of Supplier's processing of Personal Data on behalf of LinkedIn under the Agreement; and

3.2. comply with its personal data protection, security and other obligations prescribed by Data Protection Requirements for Data Controllers by, without limitation, meeting its obligations under Data Protection Requirements to:

   A. establish and maintain a procedure for the exercise of the rights of the individuals whose Personal Data are processed on behalf of LinkedIn;

   B. process only data that have been lawfully and validly collected and ensure that such data will be relevant and proportionate to the respective uses; and

   C. ensure compliance with the provisions of this DPA by its personnel and by any person accessing or using Personal Data on its behalf.

4. **OBLIGATIONS OF THE DATA PROCESSOR.**

4.1. Supplier, in its capacity as a Data Processor or subprocessor of Personal Data, shall:

   A. process Personal Data solely for the purposes described in the Agreement and in compliance with the instructions received from LinkedIn and the Agreement and will not use or process the Personal Data for any other purpose. Notwithstanding the foregoing, Supplier may use the Personal Data as follows to the extent permitted by Applicable Laws: (i) for its internal use to

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                    2
Last Update: September 2021

00223451.0



improve the quality of the services provided by Supplier provided, however, that Supplier does not use the Personal Data to build or modify a profile about a Data Subject or their household to use in providing services to a third-party, or cleaning or augmenting any Personal Data acquired from another source; (ii) to detect Incidents, or to protect against fraudulent or illegal activity; and (iii) as otherwise explicitly permitted under Applicable Law. If Supplier cannot comply with these requirements, it will promptly inform LinkedIn, and LinkedIn is entitled to immediately terminate the Agreement or to take any other reasonable action, including the suspension of data processing operations;

**B.** inform LinkedIn immediately if, in Supplier's opinion, an instruction from LinkedIn violates applicable Data Protection Requirements;

**C.** if Supplier is collecting Personal Data from individuals on behalf of LinkedIn, follow LinkedIn's instructions with regard to such Personal Data collection (including with regard to the provision of notice and exercise of choice);

**D.** adopt and maintain appropriate security measures (including organizational and technical measures), including those specified in Section 10 of this DPA, Section 11 of the MSA or SSA (if applicable) or similar terms in the master agreement between the parties, and Schedule A to this DPA;

**E.** take all commercially reasonable steps to ensure that (i) persons employed by it and (ii) other persons engaged to perform on Supplier's behalf comply with the terms of this DPA and the Agreement.  Prior to allowing any employee or contingent worker to Process any Personal Information or  access LinkedIn systems, Supplier shall provide the individual with appropriate privacy and security training. Supplier will also monitor its employees and contingent workers for compliance with the privacy and security program requirements, including LinkedIn privacy and security training as LinkedIn deems appropriate;

**F.** encrypt all Personal Data which is processed by Supplier to the extent required under the Data Protection Requirements;

**G.** ensure that its employees, authorized agents and any subprocessors are legally required in writing to comply with and acknowledge and respect the confidentiality of the Personal Data, including after the end of their employment, contract or at the end of their assignment;

**H.** if it intends to engage one or more third parties acting on its behalf ("**subprocessor**") to help it to satisfy its obligations in accordance with this DPA or to delegate all or part of the processing activities to such subprocessors, (i) obtain the prior written consent of LinkedIn to such subcontracting; (ii) remain responsible, and liable, to LinkedIn for the subprocessors' acts and omissions with regard to data protection; and (iii) enter into contractual arrangements with

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                3
Last Update: September 2021

00223451.0



such approved subprocessors requiring them to guarantee the same level of data protection compliance and information security to that provided for herein;

I.   have a business continuity plan in the event Supplier ceases operations;

J.   provide LinkedIn with its privacy and security policies; and

K.   inform LinkedIn if an independent security review has been or will be conducted.

**4.2.** Supplier shall inform LinkedIn without undue delay if Supplier becomes aware of:

A.   any non-compliance by Supplier or its employees with this DPA or the Data Protection Requirements relating to the protection of Personal Data processed under this DPA;

B.   any legally binding request for disclosure of Personal Data by a law enforcement authority, unless otherwise prohibited, such as in order to preserve the confidentiality of an investigation by the law enforcement authorities;

C.   any notice, inquiry or investigation by a Supervisory Authority with respect to Personal Data; or

D.   any complaint or request (in particular, requests for access to, rectification erasure, restriction, portability, or blocking or deletion of Personal Data) received directly from the data subjects. Supplier shall not respond to any such request without LinkedIn's prior written authorization.

**4.3.** Supplier further agrees to notify LinkedIn after becoming aware of and after appropriate internal investigation of any suspected accidental or unlawful destruction, loss, alteration, unauthorized disclosure of, or access to Personal Data ("**Personal Data Breach**") by Supplier, subprocessors or any other third parties acting on Supplier's behalf without undue delay and in any event within 24 hours of becoming aware of a Personal Data Breach.

**4.4.** Supplier shall assist LinkedIn without delay regarding:

A.   any requests from data subjects in respect of access to or the rectification, erasure, restriction, portability, blocking or deletion of Personal Data. In the event that a data subject sends such a request directly to Supplier, Supplier will pass it on to LinkedIn without delay;

B.   the investigation of Personal Data Breaches and the notification to the Supervisory Authority and data subjects in respect of such breaches; and

C.   the preparation of data protection impact assessments and, where applicable, carrying out consultations with any Supervisory Authority.

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                    4
Last Update: September 2021

00223451.0



**4.5.** If Supplier is required by Data Protection Requirements to process any Personal Data, Supplier shall inform LinkedIn of this requirement in advance of any processing, unless Supplier is legally prohibited from informing LinkedIn of such processing.

**4.6. HIPAA**. **If Supplier processes Protected Health Information** ("**PHI**"), as defined in the Health Insurance Portability and Accountability Act ("**HIPAA**") and its implementing regulations, as amended, on behalf of LinkedIn, Supplier shall, in addition to the obligations set forth in this Agreement, (i) enter into a form of business associate agreement with LinkedIn prior to the processing of any such PHI and (ii) make its internal practices, books and records relating to the use and disclosure of PHI available to the U.S. Department of Health and Human Services, as may be required by HIPAA or by LinkedIn.

**4.7. PCI DSS. If Supplier will process any payment card information ("PCI") from or on behalf of LinkedIn**, the following terms apply: Supplier shall at all times comply with the then-current Payment Card Industry Data Security Standard ("**PCI DSS**") and any similar data security standards that may be imposed by federal, state or local law. Supplier will have an annual assessment performed by a qualified security assessor certified by the PCI Security Standards Council ("**QSA**"). Upon request by LinkedIn, Supplier will provide LinkedIn with a PCI Attestation of Compliance ("**AOC**") or such other documentation as reasonably requested by LinkedIn to evidence Supplier's continuing compliance.

**5. AUDIT, CERTIFICATION.** If the relevant data protection Supervisory Authority is required by law or regulation to audit the data processing facilities from which Supplier processes Personal Data in order to ascertain and/or monitor compliance with the Data Protection Requirements, then Supplier will cooperate with the audit. LinkedIn will reimburse Supplier for its reasonable expenses incurred to cooperate with the audit. For the purposes of this section, "**Supervisory Authority**" has the same meaning as given by Article 51 of the General Data Protection Regulation. An officer of Supplier must certify compliance with this DPA in writing at least once every calendar year. In addition to, and not in substitution for, its obligations in Section 10 of this DPA, Supplier (i) must certify compliance with this DPA in writing at least once every calendar year and (ii) shall make its data processing facilities used for activities falling within the scope of this DPA available for audit by LinkedIn or another auditor approved by LinkedIn, upon LinkedIn's reasonable request.

**6. DATA TRANSFERS.** If Supplier is based outside, or intends to transfer EU Personal Data outside, the EEA and European Commission-approved countries, Supplier agrees to (a) enter into the relevant Module of the [Standard Contractual Clauses](#) ("**SCCs**") (see [https://eur-lex.europa.eu/eli/dec_impl/2021/914/oj?uri=CELEX:32021D0914&locale=en](#)) specified in Annex I. The SCCs also incorporate the following terms: (i) Option 1 of Clause 9 will apply for both Module II and Module III data transfers and the requests for specific authorisation for a new or replacement subprocessor will be submitted at least 30 business days prior to the engagement of the sub-processor; (ii) the Data Protection Commission of Ireland shall be the Competent Supervisory

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                    5
Last Update: September 2021

00223451.0



Authority pursuant to Clause 13 of the SCCs; (iii) these terms shall be governed by the law of one of the EU Member States, provided such law allows for third-party beneficiary rights. The parties agree that this shall be the law of Ireland pursuant to Clause 17 of the SCCs; (iv) any dispute arising from the SCCs shall be resolved by the courts of Ireland pursuant to Clause 18 of the SCCs; (v) Schedule A of this DPA shall apply as Annex II of the SCCs; (vi) Schedule B of this DPA shall apply as Annex III of the SCCs; and (vii) Schedule D of this DPA shall apply as Annex I of the SCCs unless the parties complete an updated Annex I of the SCCs with the relevant information and attached it to the relevant purchase ordering document, in which case that specific Annex I shall apply with regard to the Services under that ordering document. If Supplier is unable to comply with this requirement, then EU Personal Data will be processed and used exclusively within the territory of a Member State of the European Union and any movement of EU Personal Data to a non-EU country requires the prior written consent of LinkedIn.

7. **SPECIAL DATA PROTECTION PROCEDURES.** LinkedIn may from time to time provide Supplier with reasonable written guidelines, rules, and/or procedures for accessing, using, storing, and handling certain or all LinkedIn data, equipment, systems, or facilities ("**Special Privacy and Data Protection Procedures**"). Supplier will comply with all applicable Special Privacy and Data Protection Procedures when accessing LinkedIn data, equipment, systems, or facilities. Supplier will make Special Privacy and Data Protection Procedures available to all relevant Supplier Personnel and any subprocessors and will provide an appropriate level of supervision and training to relevant Supplier Personnel on the procedures required by the Special Privacy and Data Protection Procedures.

8. **TERM.** This DPA shall remain in effect as long as Supplier processes Personal Data in connection with Supplier's performance under the terms of its Agreement with a LinkedIn affiliate until the termination of the master agreement and all associated purchase ordering documents (and all Personal Data has been returned or deleted in accordance with Section 9 below).

9. **DATA RETURN AND DELETION.** The parties agree that on the termination of the data processing services or upon LinkedIn's reasonable request, Supplier and any subprocessors shall, at the choice of LinkedIn, return all the Personal Data and copies of such data to LinkedIn or securely destroy them and demonstrate to the satisfaction of LinkedIn that it has taken such measures, unless Data Protection Requirements prevent Supplier from returning or destroying all or part of the Personal Data disclosed. In such case, Supplier agrees to preserve the confidentiality of the Personal Data retained by it and that it will only actively process such Personal Data after such date in order to comply with the laws it is subject to. Notwithstanding the foregoing, to the extent it is not commercially reasonable for HUMAN to remove Personal Data from archive or other backup media, HUMAN may retain Personal Data on such media in accordance with its backup or other disaster recovery procedures. In the event HUMAN retains Personal Data after the term of the Agreement, HUMAN shall continue to comply with the confidentiality and privacy obligations hereunder until it is no longer in possession of Personal Data.

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                    6
Last Update: September 2021

00223451.0



**10. SECURITY.**

**10.1  General Security Measures.** Supplier will comply with industry standard security measures (including with respect to personnel, facilities, hardware and software, storage and networks, access controls, monitoring and logging, vulnerability and breach detection, incident response, encryption of Personal Data while in transit and at rest and any other organizational and technical measures necessary to protect against unauthorized or accidental access, loss, alteration, disclosure or destruction of LinkedIn data), as well as with all applicable data privacy and security laws, regulations and standards.

**10.2  Incidents.** Supplier will notify LinkedIn of any breach of security leading to the accidental or unlawful destruction, loss, alteration, unauthorized disclosure of, or access to LinkedIn confidential information or non-confidential information that is in the possession, custody, or control of Supplier or any Supplier Subcontractor ("**Incident**") within 24 hours of an Incident (or, if applicable, within any shorter time period required by law) by e-mail at security@linkedin.com and  and by sending a confirmation by mail to LinkedIn Corporation, 1000 W. Maude Ave, Sunnyvale, CA 94085, attn. Legal Department. Further, if Supplier becomes aware of any other breach of security that may lead to the accidental or unlawful destruction, loss, alteration, unauthorized disclosure of, or access to LinkedIn confidential information or non-confidential information, Supplier must promptly (and in no event later than 48 hours following such discovery) notify LinkedIn by email at security@linkedin.com. In the event of an Incident, Supplier will promptly (i) provide reasonable assistance to LinkedIn in (a) investigating and remediating the Incident and (b) responding to any dispute, inquiry, or claim concerning the Incident and (ii) reimburse LinkedIn for all expenses incurred by LinkedIn in connection with investigating, remediating and providing notice regarding the Incident.

**10.3  Contact Information.** Supplier will designate a point of contact for security matters related to the services and Supplier's compliance with the data security requirements. The point of contact may be an individual or department. Supplier will provide a phone number or email address or both for the point of contact (i.e., john.doe@supplier.com or security@supplier.com) and notify LinkedIn of any change to the point of contact.

**Supplier Point of Contact for Security and Data Protection:**

Name:  General Counsel

Address: 841 Broadway, 2nd Floor

      New York, New York 10003

Telephone Number:

Email Address:  privacy@humansecurity.com, with a copy to legal@humansecurity.com

00223451.0



**10.4**   **Personnel.** Supplier shall be responsible for the sufficiency of the security, privacy, and confidentiality safeguards of all Supplier personnel with respect to confidential information and Personal Data and liable for any failure by such Supplier personnel to meet the terms and conditions of the Agreement and this DPA. Supplier shall take reasonable steps to confirm that all Supplier personnel are protecting the security, privacy and confidentiality of LinkedIn consistent with the requirements of this DPA.

**10.5**   **Additional Terms for Processors.** If Supplier will (i) have access to LinkedIn confidential information or Personal Data; and (ii) process such data (a) at Supplier's office, workplace, or physical location other than LinkedIn properties or (b) in Supplier's network infrastructure, application, or software/hardware the following terms apply:

**A.**   **Policies.** Prior to performing any services and annually after that, Supplier will provide LinkedIn with its incident response policy, network security policy, physical security, data flow diagram, and business continuity and disaster recovery policies in an industry standard format.

**B.**   **Log System.** Supplier will maintain a comprehensive log system to capture audit logs for all user and administrator actions, including successful and failed authentication attempts, session creation and termination times, and source IP address from where each access request is originating. Logs will be encrypted at rest with strong encryption technology. Supplier will maintain a comprehensive log system to capture physical access requests and related actions at all facilities where LinkedIn data is stored.  Supplier will retain log data for a minimum of one year following the access request. Supplier will provide (or make available to applicable LinkedIn administrators) a report of the audit log history upon LinkedIn's reasonable request.

**C.**   **Assessments.**

**(1)**   **For Suppliers under section 10.5 (ii)(a):** Supplier shall, during each calendar year and at Supplier's sole expense, conduct and provide LinkedIn with a report with a joint opinion provided by an accredited, third-party audit firm under the Statement on Standards for Attestation Engagements (SSAE) No. 16 ("**SSAE 16**") (Reporting on Controls at a Service Organization) or International Standard on Assurance Engagements (ISAE) 3402 ("**ISAE 3402**") (Assurance Reports on Controls at a Service Organization) standards applicable to all services, systems, devices, and media and all material controls applicable to LinkedIn data (each such report, an "**Assessment**"). Supplier will respond promptly to any LinkedIn inquiries or requests related to the Assessments. All results of Assessments (not just executive summaries) will be made available to LinkedIn. Upon LinkedIn's prior written request and at LinkedIn's sole cost and expense, no more than once per calendar year, Supplier will facilitate an audit (by LinkedIn or a third-party auditor on LinkedIn's behalf) of Supplier's compliance with the terms in this section 10.

**(2)**   **For Suppliers under section 10.5 (ii)(b):** At least once per year and after any significant change is made to Supplier's network infrastructure, application, or software/hardware, Supplier will, at its sole expense, conduct or obtain (i) a third party manual and automated application security assessment, (ii) a network vulnerability assessment, and, (iii) if Supplier

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                              8
Last Update: September 2021

00223451.0



provides compiled code (a binary) or a physical or virtual appliance to be run on-premise at LinkedIn, a security assessment of this software and/or hardware ("**Assessments**"). Supplier will provide LinkedIn with the Assessment report within 30 days of completing the Assessment. Supplier will respond promptly to any LinkedIn inquiries or requests related to the Assessments. All results of Assessments (not just executive summaries) will be made available to LinkedIn. Upon reasonable notice to Supplier, at LinkedIn's sole expense, LinkedIn (or a third party selected by LinkedIn) may perform an Assessment once per calendar year and after the finding of any Critical-Risk or High-Risk vulnerability by LinkedIn, Supplier, or a third party.

**D.      Remediation of Vulnerabilities.** LinkedIn, Supplier, or a third party may find critical vulnerabilities in Supplier's product, service, or network at any time. Once a critical vulnerability has been discovered, LinkedIn requires its remediation by Supplier within the timeframes stated below. In addition to any other available remedies, LinkedIn reserves the right to terminate Supplier access to any LinkedIn network or resources immediately in response to a vulnerability. Supplier will disable LinkedIn's instance of a cloud/hosted service immediately upon request in response to a vulnerability.

| Severity Level | Remediation Time |
| --- | --- |
| Critical-Risk | Remediation within 24 hours |
| High-Risk | Remediation in 5 business days |
| Medium-Risk | Remediation in 15 business days |
| Low-Risk | Remediation in 30 business days |

**E.      Classification of Vulnerabilities.** Supplier will perform a risk assessment and classify all vulnerabilities by severity level within 24 hours of validation, using the Common Vulnerability Scoring System (CVSS) v.2 or such other computer system security vulnerabilities risk assessment methodology generally used in the industry and acceptable to LinkedIn. Notwithstanding the methodology used, Supplier and LinkedIn agree that all of the following are Critical-Risk vulnerabilities: (i) any bug that allows for circumvention of the authentication mechanism; (ii) any bug that enables disclosure of credential information, including usernames, passwords, or API tokens; (iii) any bug that allows for an attacker to run arbitrary code, including SQL injection, cross-site scripting (XSS) cross-site request forgery (CSRF), affecting the Customers website, and remote code execution; (iv) any report of the application logging confidential data including confidential data not required for the log's purpose, passwords, or API tokens; and (v) any bug that affects log data or enables an attacker to destroy existing log data or prevent logging of their actions. If a vulnerability

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                    9
Last Update: September 2021

00223451.0



is not classified within 24 hours or using an acceptable methodology, LinkedIn may determine severity levels based on its internal standards.

## 11. INDEMNIFICATION.

**11.1** **DEFINITION.** "**Claims**" means claims, demands, proceedings, regulatory actions, liabilities, losses, causes of action, damages, fines, judgments, and settlements, including reimbursement of all reasonable expenses, including legal fees and expenses.

**11.2** **INDEMNIFICATION.** Supplier will defend, indemnify and hold LinkedIn, and its' respective officers and directors harmless from and against any Claims arising directly or indirectly from any breach of this DPA by Supplier, its Affiliates, employees, contractors, agents or subprocessors.

**11.3** **INDEMNIFICATION PROCEDURES.** LinkedIn will notify Supplier in writing of any indemnified Claim within 10 business days of receipt of that Claim to allow Supplier to investigate and defend the matter. However, failure to give the notice will only relieve Supplier of its indemnity obligations to the extent Supplier is prejudiced by the failure. Supplier will have sole control of the defense and all negotiation for any settlement or compromise of any indemnified Claim provided that (a) no indemnified Claim may be settled or compromised by Supplier without LinkedIn's prior written consent, unless the settlement or compromise includes a release of all claims against LinkedIn by the party bringing the claim or action.  Each party will have the right at its sole expense to participate in the legal proceeding where the other party is controlling the defense with counsel of its own choosing. Furthermore, at Supplier's expense, each party will assist and cooperate in the defense of an indemnified Claim as reasonably requested by the party controlling the defense.

## 12. GOVERNING LAW. 
Notwithstanding anything in the Agreement to the contrary, this DPA shall be governed by the laws of the Republic of Ireland.

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                    10
Last Update: September 2021

00223451.0



| HUMAN SECURITY, INC. ("SUPPLIER") | LINKEDIN IRELAND UNLIMITED COMPANY On behalf of itself and its Affiliates |
|---|---|
| By: | By: |
| Name: Isaac Itenberg | Name: Timo Von Meyer |
| Title: CFO | Title: Director (International Legal EMEA & LATAM) |
| Date: 31 October 2023 | Date: 31 October 2023 |
| Address: 841 Broadway, 2nd Floor New York, NY 10003 | Address: Wilton Place, Wilton Plaza Dublin 2, Ireland |

**LINKEDIN CORPORATION**

By:

Name: Allison Guillen-Capo

Title: Senior Director, Legal

Date: 31 October 2023

Address: 1000 W. Maude Ave.
Sunnyvale, CA 94085, USA

LinkedIn Master Agreement Ref# _____

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                11
Last Update: September 2021

00223451.0

DocuSign Envelope ID: C54035CB-A25C-4701-AD7B-D5B76823FBCA



## SCHEDULE A TO THE DPA
## ANNEX II TO THE STANDARD CONTRACTUAL CLAUSES

### Description of the technical and organizational security measures implemented by the Data Processor

In determining the technical and organizational security measures required in Clause 5 of the DPA, the parties will take account of the state of the art, the costs of implementation and the nature, scope, context and purposes of processing as well as the risk of varying likelihood and severity for the rights and freedoms of natural persons.

As a part of and without limiting the generality of the technical and organizational security measures required in the applicable master agreement agreed to by the parties, if any, data importer (and data importer's subprocessor, if any) will implement the following minimum specific security measures, as applicable:

A.  Data importer will comply with industry standard security measures (including with respect to personnel, facilities, hardware and software, storage and networks, access controls, monitoring and logging, vulnerability and breach detection, and incident response measures necessary to protect against unauthorized or accidental access, loss, alteration, disclosure or destruction of Data Exporter's Personal Data provided by Data Exporter to Data Importer), as well as with all applicable data privacy and security laws, regulations and standards.

B.  Data importers' employees and contractors must be trained in relation to specific and appropriate technical and organizational security measures;

C.  Personal data is to be stored on secured servers behind firewall;

D.  Data importer's servers are to be monitored by industry standard and, as appropriate, proprietary network monitoring tools to prevent any potential security breaches;

E.  Data importer's corporate systems and databases must be password protected;

F.  VPN and direct LinkedIn network access will be limited to company-issued devices;

G.  Dual factor authentication will be mandatory for VPN access;

H.  Member passwords, if supplied to data importer, are to be hashed and salted and stored in a separate database;

I.  Data importer must retain, for one year, VPN, server, wiki and database access logs;

J.  Data importer must segregate and limit employee access permissions;

K.  If applicable, data importer must rotate keys to credit card database; and

L.  Data importer must conduct active and automated monitoring of critical access logs and anomaly detection;

M.  Data importer has implemented appropriate safeguards proportionate to the specific risks associated with data transfers to the data importer's jurisdiction; and

N.  Data importer will adapt its technical and organisational measures to comply with developments in legal and regulatory requirements.

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                    12
Last Update: September 2021

00223451.0



Further, HUMAN agrees to implement the following measures, where applicable:

**1. Organizational Security Measures.**

1.1. <u>Point of Contact</u>. HUMAN shall appoint a representative to act as a point of contact for the Customer with respect to this Data Security Appendix. The representative shall be responsible for ensuring HUMAN's compliance with this Data Security Appendix.

1.2. <u>Security Program</u>. HUMAN has developed and implemented, and will regularly update and maintain as appropriate and needed: (a) a written and comprehensive information security program in compliance with Applicable Laws; and (b) reasonable policies and procedures designed to detect, prevent, and mitigate the risk of data security breaches or identify theft ("Security Program"). Specifically, such Security Program shall include, at a minimum and in addition to the items contained in Section 2 below:

1.2.1. A disaster recovery/business continuity plan that addresses ongoing access, maintenance and storage of Personal Data as well as security needs for back-up sites and alternate communication networks.

1.2.2. Secure transmission and storage of Personal Data.

1.2.3. Personnel security and integrity, including background checks where consistent with applicable law.

1.2.4. Annual training to HUMAN's employees on how to comply with the HUMAN's physical, technical, and administrative information security safeguards and confidentiality obligations under Applicable Laws.

1.2.5. Quarterly review of authentication and access control mechanisms over Personal Data, media, applications, operating systems and equipment.

1.2.6. Data retention and destruction procedures in accordance with Section 8 of the DPA.

1.3. <u>Training</u>. HUMAN shall provide training to its Authorized Persons to ensure their treatment of the Personal Data is in accordance with the DPA, including this Data Security Appendix. HUMAN shall provide such training to Authorized Persons before they are allowed access to Personal Data and no less than annually thereafter. Such training shall be consistent with industry standards. Upon reasonable notice from Customer, HUMAN will provide Customer with summaries or copies of HUMAN's relevant training program.

00223451.0



1.4. <u>Access</u>. HUMAN shall limit disclosure of and access to Personal Data to only those Authorized Persons who have a business need to access such Personal Data in order to provide the Services to Customer and/or to fulfill the purposes of the Agreement. HUMAN shall establish, maintain, and enforce the security principles of "segregation of duties" and "least privileged access" with respect to all Personal Data. HUMAN shall reasonably update all access rights based on personnel or computer system changes, and shall periodically review all access rights at an appropriate frequency to ensure current access rights to Personal Data are appropriate and no greater than are required for an individual to perform his or her functions necessary to deliver the Services to Customer and/or to fulfill the purposes of the Agreement. HUMAN shall verify all access rights through effective authentication methods.

1.5. <u>Background Investigations of Personnel</u>. As permitted by law, HUMAN agrees that any employees of HUMAN or of any subcontractor who either are directly providing the Services under the Agreement and/or who have access to Personal Data shall have passed a background check. Each background check shall include the following minimum review: identity verification (utilizing Social Security numbers or other state/national ID number) and a criminal history check. Background checks must be performed by a member of the National Association of Professional Background Screeners or a competent industry recognized Customer with the same level of professionalism within HUMAN's jurisdiction.

## 2. Physical and Technical Security Measures.

2.1. <u>Server Location</u>. During the term of the Agreement, Personal Data shall at all times be hosted on servers that are physically located in the United States, unless otherwise agreed in writing by the Parties. HUMAN shall comply with and provide Customer with commercially reasonable assistance to comply with Applicable Laws in the country to which and from which Personal Data will be transferred.

2.2. <u>Network Configuration, Access Control and Limiting Remote Access.</u> HUMAN shall secure its computer networks by using and maintaining appropriate firewall and security screening technology that is designed to prevent unauthorized access. HUMAN ensures that the following network security controls are in place: (a) firewall platforms are hardened and have real time logging and alerting capabilities, (b) intrusion detection and prevention systems are in place and maintained at the perimeter and critical server systems, (c) access lists are implemented on network routers to restrict access to sensitive internal networks or servers, (d) remote access requires two factor authentication and occurs over an encrypted tunnel e.g. IPSec, SSL-VPN, and (e) systems servicing Customer are segregated from other network zones logically and physically including DMZ, production databases, back office, and software development areas. HUMAN shall secure access to and from its systems by disabling remote communications at the operating system level if no business need exists and/or by tightly controlling access through management approvals, robust controls, logging, and monitoring

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                    14
Last Update: September 2021

00223451.0



access events and subsequent audits. HUMAN shall identify computer systems and applications that warrant security event monitoring and logging, and reasonably maintain and analyze log files. HUMAN ensures that privileged accounts (administrator, super user, etc.) will be controlled and reviewed on at least an annual basis. HUMAN enforces a process to control and manage user accounts upon termination of employment or change in role within 24 hours of such termination or change.

2.3. <u>Encryption</u>. HUMAN shall use best efforts to encrypt all Personal Data in its possession, custody or control while at rest and in transit. For the avoidance of doubt, "encryption" shall be deployed using PGP or other industry best practice for key based encryption protocol. HUMAN will work with Customer to test HUMAN's ability to deliver the data in an encrypted form to Customer.

2.4. <u>Third-Party Data Centers</u>. Where applicable, HUMAN using a third party data center to host the Services shall ensure that (a) all application and database servers are physically isolated within the data center and secured from unauthorized physical access, (b) physical and network access is limited to HUMAN's Authorized Persons, and (c) Personal Data remains logically segregated from other data stored in any shared environment at all times and that use of any shared environment does not compromise the security, integrity, or confidentiality of Personal Data.

2.5. <u>Security Patches</u>. HUMAN shall use commercially reasonable efforts to deploy all applicable and necessary system security patches to all software and systems that process, store, or otherwise support the Services, including operating system, application software, database software, web server software within industry best practices and in accordance with its information security policies.

2.6. <u>Protection Against Malicious Software</u>. HUMAN shall use commercially reasonable efforts to protect its own information technology against malicious code and ensure that its connection to the Internet and for any other platform or network running the Services is secure, and shall in accordance with industry standards and its own information security practices, acquire and implement new technology, including monitoring hardware and software, as the technology becomes available and is proven stable, in HUMAN's reasonable discretion, to ensure a secure and stable environment.

2.7. <u>Vulnerability Testing</u>. Prior to providing any code, hosting services, or network connectivity to Customer, HUMAN must perform and be able to show proof that external penetration testing has been completed and that any reported vulnerabilities have been remediated. Proof includes the external pen test report or cover letter. For software, this includes tests for security vulnerabilities that are a part of the OWASP Top 10 or SANs Top 25. HUMAN will promptly address, prioritize and correct security vulnerabilities identified in a vulnerability test or report.

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                              15
Last Update: September 2021

00223451.0



2.8. <u>Life Cycle Development</u>. HUMAN shall implement and maintain a secure software development life cycle for all applications which integrate with Customer's environment or are developed on Customer's behalf. HUMAN will observe all industry standard application security guidelines, such as the Open Web Application Security Project (OWASP). HUMAN will ensure that (a) regular reviews of application source code occur, (b) developers receive detailed coding and design training in application security, (c) development, testing, production and operational facilities are separated to reduce the risk of unauthorized access or changes to the production and operational systems and Personal Data, (d) software developers are restricted from accessing production environment unless a particular access request is reviewed and approved, and (e) data masking functionality is implemented in relation to software processing any financial related Personal Data (including payment card and banking information).

2.9. <u>System Change Control</u>. HUMAN will use commercially reasonable efforts to ensure that change control procedures are documented and maintained and detail why the change was required, how and why changes were executed and include an emergency change process. The change control process includes considering security control requirements, implementing them where necessary and testing these changes prior to implementation. HUMAN will notify the Customer of any upgrades or configuration changes which may impact the security of Personal Data.

3. **Security Reviews by Customer.**

3.1. <u>Internal Audits</u>.  Upon Customer's written request, HUMAN shall provide Customer, at HUMAN's expense, with the results of the most recent data security compliance reports or any audit performed by or on behalf of HUMAN that assesses the effectiveness of HUMAN's, and any relevant third parties performing services on HUMAN's behalf, information security program, system(s), internal controls, and procedures relating to the Services (i.e., AgreementE16 SOC1 or other) as relevant to the security and confidentiality of Personal Data, including any report summarizing any control issues and associated corrective action plans and any management responses. Such reports shall be of sufficient scope and in sufficient detail as may reasonably be required by Customer to provide reasonable assurance that any material inadequacies would be disclosed by such examination, and, if there are no such inadequacies, the reports shall so state.

4. **Non-Compliance**.

HUMAN will not knowingly materially lessen the security of any system used to collect, use, disclose, store, retain or otherwise Process Personal Data during the term of the Agreement. In the event that HUMAN determines it is unable to comply with the obligations stated in the DPA or this Data Security Appendix, HUMAN shall promptly notify Customer, and Customer may take any one or more of the following actions: (a) suspend the transfer of Personal Data to

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                    16
Last Update: September 2021

00223451.0



HUMAN; (b) require HUMAN to cease Processing Personal Data; (c) demand the return or destruction of Personal Data; or (d) immediately terminate this Agreement.

    5. **External Communication of Internal Controls**.

HUMAN communicates its security and availability commitments regarding its products and Services to external users via its Terms of Service and Privacy Policy, which are posted on its website.  Customer usage and external roles and responsibilities are communicated via several mediums, including the Terms of Use and Privacy Policy.  Support contact information is readily available to customers through HUMAN's website and other customer provided documentation.  Customers and users are encouraged to contact appropriate personnel if they become aware of items such as operational or security failures, Incidents, systems problems, concerns or other complaints.

00223451.0



# SCHEDULE B TO THE DPA

# ANNEX III TO THE STANDARD CONTRACTUAL CLAUSES

# LIST OF SUB-PROCESSORS

**This Annex applies only where MODULE TWO: Transfer controller to processor or MODULE THREE: Transfer processor to processor of the SCCs is used.**

*EXPLANATORY NOTE:*
*This Annex must be completed for Modules Two and Three, in case of the specific authorisation of sub-processors (Clause 9(a), Option 1).*

The controller has authorised the use of the following sub-processors:

| Third Party Service/Vendor | Purpose | Entity Country | Website |
|---|---|---|---|
| AWS Amazon | Data Hosting | 410 Terry Avenue North, Seattle Washington 98109-5210 | https://aws.amazon.com/ |
| Fastly Inc. | Content Delivery Network | 475 Brannan Street, San Francisco, CAL 94107 USA | https://www.fastly.com |
| GCP Google | Data Hosting | 1600 Amphitheatre Parkway, Mountain View, CA 94043USA | https://cloud.google.com/ |
| Snowflake | Data Housing/Cloud Storage | 106 E Babcock St. Bozeman, Montana 59715 | https://snowflake.com |

00223451.0



| | | | |
|---|---|---|---|
| Equinix (formally Packet Host) | Data Housing | 1 Lagoon Drive, Forth Floor, Foster City, CA 94065 | https://equinix.com |
| Salesforce /Slack | Customer Support | 415 Mission Street, 3rd Floor, San Francisco, CA 94105 | https://salesforce.com |
| Support Advisors, LLC | Security Operations Center | 1 East Benton Street Aurora, IL 60505 | https://supporttechs.com |

HUMAN may update this list from time to time in accordance with the terms of the DPA; please visit www.perimeterx.com/legal/subprocessors for the up-to-date list of Sub-Processors.

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                    19
Last Update: September 2021

00223451.0



## SCHEDULE C TO THE DPA
## CALIFORNIA CONSUMER PRIVACY ACT OF 2018
## CERTIFICATION

This California Consumer Privacy Act of 2018 Certification is issued by Supplier in relation to the Services provided by Supplier to LinkedIn Corporation and Supplier's use of Personal Data on behalf of LinkedIn Corporation. This Certification is issued pursuant to the California Consumer Privacy Act of 2018 ("**CCPA**").

The CCPA requires that companies acting as "Service Providers" are prohibited from retaining, using, or disclosing personal information for any purpose other than providing services to its customers pursuant to a written contract.

LinkedIn Corporation and Supplier have entered into one or more written agreements under which Supplier may receive or process Personal Data on behalf of LinkedIn Corporation.

Supplier hereby certifies that it does not receive LinkedIn Personal Data as consideration for any services and does not otherwise derive value from the processing or use of LinkedIn Personal Data other than the value derived as a result of Supplier's direct business relationship with LinkedIn Corporation. Supplier certifies that it does not and will not sell LinkedIn Personal Data, as the term "sell" is defined under the CCPA, and acknowledges that  it may not retain, use or disclose LinkedIn Personal Data except as is necessary to provide services to LinkedIn Corporation.

Supplier certifies that it understands the rules, requirements and definitions of the CCPA and shall refrain from taking any action that may qualify as selling LinkedIn Personal Data under the CCPA.

Supplier hereby acknowledges that it acts as a "Service Provider" of LinkedIn Personal Data under the CCPA.

HUMAN SECURITY, INC.

**("SUPPLIER")**

By: _____
9D7E42C9CCB4437

Name: Isaac Itenberg

Title: CFO

Date: 31 October 2023

Address: 841 Broadway, 2nd Floor
New York, NY 10003

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                    20
Last Update: September 2021

00223451.0



# SCHEDULE D TO THE DPA

## ANNEX I TO THE STANDARD CONTRACTUAL CLAUSES

**EU PERSONAL DATA**
**Data exporter(s):**

| | |
|---|---|
| **Name:** | LinkedIn Ireland Unlimited Company |
| **Address:** | Wilton Plaza, Wilton Place, Dublin 2 IRELAND |
| **Contact person's name, position and contact details:** | Conor Bowe<br>Data Protection Officer<br>dpo@linkedin.com |
| **Activities relevant to the data transferred under these Clauses:** | A provider of professional networking and online talent, sales, marketing, employee engagement and learning services to members, guests and customers who are data subjects from the European Union, European Economic Area, or Switzerland (the "**Designated Countries**"); and<br><br>An employer of data subjects from the Designated Countries. |
| **Role:** | Controller |
| **Signature** | *DocuSigned by:*<br>*Timo Von Meyer*<br>26651C2910A848A... |
| **Printed Name** | Timo Von Meyer |
| **Title** | Director (International Legal EMEA & LATAM) |
| **Date of Signature** | 31 October 2023 |

**Data importer(s):**

| | |
|---|---|
| **Name:** | LinkedIn Corporation |
| **Address:** | 1000 W. Maude Ave, Sunnyvale, CA 94085 USA |

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                21
Last Update: September 2021

00223451.0



| Contact person's name, position and contact details: | Kalinda Raina<br>Chief Privacy Officer<br>Tel.: +1 650-687-3600;<br>e-mail: LegalTeam@linkedin.com |
|---|---|
| Activities relevant to the data transferred under these Clauses: | A provider of professional networking and online talent, sales, marketing, employee engagement and learning services to members, guests, and customers who are data subjects outside the Designated Countries on behalf of the data exporter, engaging Supplier as a subprocessor for EU Personal Data; and<br><br>A provider of employment and benefits related support services to the data exporter, engaging **Supplier** as a subprocessor on behalf of the data exporter for EU Personal Data. |
| Role: | Processor |
| Signature | DocuSigned by:<br>*Allison Guillen-Capo*<br>105AB958335B49B... |
| Printed Name | Allison Guillen-Capo |
| Title | Senior Director, Legal |
| Date of Signature | 31 October 2023 |

| Name: | Supplier as defined at section 1 of this SOW/Order Form |
|---|---|
| Address: | As defined at section 1 of this SOW/Order Form |
| Contact person's name, position and contact details: | As defined at section 1 of this SOW/Order Form |
| Activities relevant to the data transferred under these Clauses: | As described in section 3 of this SOW/Order Form.  Supplier is a data importer if they are located outside the Designated Countries and they are receiving Personal Data from a LinkedIn Affiliate located in the Designated Countries. |

00223451.0



| Signature | <br>DocuSigned by:<br>9D7E42C9CCB4437... |
|---|---|
| **Printed Name** | Isaac Itenberg |
| **Title** | CFO |
| **Date of Signature** | 31 October 2023 |

**NON-EU PERSONAL DATA**
**Data controller:**

| Name: | LinkedIn Corporation |
|---|---|
| **Address:** | 1000 W. Maude Ave, Sunnyvale, CA 94085 USA |
| **Contact person's name, position and contact details:** | Kalinda Raina<br>Tel.: +1 650-687-3600;<br>e-mail: LegalTeam@linkedin.com |
| **Activities relevant to the data transferred under these Clauses:** | A provider of professional networking and online talent, sales, marketing, employee engagement and learning services to members, guests, and customers who are data subjects outside the Designated Countries; and<br><br>An employer of data subjects within the United States; and<br><br>A provider of employment and benefits related support services to LinkedIn Affiliates location outside the U.S. and the Designated Countries, engaging **Supplier** as a subprocessor |
| **Role:** | Controller |

| **MODULES OF THE STANDARD CONTRACTUAL CLAUSES:** | **MODULE ONE: Transfer controller to controller**<br>**MODULE TWO: Transfer controller to processor**<br>**MODULE THREE: Transfer processor to processor**<br>**MODULE FOUR: Transfer processor to controller** |
|---|---|

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary          23
Last Update: September 2021

00223451.0



| Supplier's Data Processing role in relation to LinkedIn with [APPLICABLE MODULE] | **X** Processor to the LinkedIn Affiliate signing the SOW/Order Form [MODULE TWO]<br>☐ Sub-processor to LinkedIn Corporation as a data processor for LinkedIn Ireland Unlimited Company or another LinkedIn Affiliate [MODULE THREE]<br>☐ Sub-processor to the LinkedIn Affiliate signing the SOW/Order Form as a data processor for a LinkedIn customer [MODULE THREE]<br>☐ Independent controller [MODULE ONE]<br>☐ Joint controller [MODULE ONE] |
|---|---|
| **Categories of Data Subjects**<br>The personal data transferred concern the following categories of data (*please specify*):<br><br>*(check which apply)* | **X** **LinkedIn Members** - data subjects who interact with LinkedIn's professional network and services<br>**X** **LinkedIn Guests** - data subjects who interact with LinkedIn's public facing online services or guests to LinkedIn sites<br>☐ **LinkedIn Business Contacts** - data subjects who have provided LinkedIn with their personal information as part of business activities with LinkedIn, including procurement, sales, marketing, research and other commercial and non-commercial activities.<br>☐ **LinkedIn Workforce Data** - employees, contractors, or other personnel beneficiaries and dependents of employees, or candidates for employment of LinkedIn Corporation or other LinkedIn Affiliates collected or generated in the course of staff administration<br>☐ **LinkedIn Enterprise Customer Data** – data subjects whose personal data is controlled by LinkedIn's customer and for whom LinkedIn Corporation or another LinkedIn Affiliate is acting as a data processor |

**Categories of data**

The personal data transferred to Supplier (or which Supplier will collect or gather as a result of the Services) concern the following categories of data (*please specify*):
*(check which apply)*

**X**       personal data **generated, shared or uploaded by members and visitors of LinkedIn** and its
        services.
☐       personal data of the **data exporter's employees, contractors, or other personnel, or
        candidates for employment** collected or generated in the course of staff administration.
**X**       Other (*describe*):     Supplier Processes the limited Personal Data Supplier needs to perform
        its Services. Data Subjects include the identified or identifiable individuals contained in data
        submitted to Supplier by LinkedIn.

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                24
Last Update: September 2021

00223451.0



**Processing operations**

Supplier must process the data collected from or for LinkedIn or in connection with its services provided to LinkedIn under this SOW/Order Form solely to provide the processing operations or services specified below, in accordance with LinkedIn's instructions.

| | |
|---|---|
| **Subject Matter of Processing** | The Services (as described in the Agreement and any related Purchase Orders) |
| **Nature and Purpose of Processing** | Supplier will process Personal Data as necessary to perform the Services. |
| **Frequency of processing** | ☐ one-off<br>**X** on a continuous basis<br>☐ Other: _____ |
| **Duration of Processing** | Supplier will process Personal Data for the duration of the SOW/Order Form , unless otherwise agreed in writing. |
| **Period for which the personal data will be retained, or the criteria used to determine that period** | |

The following description of data processing operations must describe the specific services to be provided by Supplier and any applicable instructions for access, use, storage, return, and destruction of data: The personal data transferred will be subject to the following basic processing activities (*please specify*): _____

_____.

**[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]**

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary                    25
Last Update: September 2021

00223451.0



## Types of Personal Data Processed:

*(please check the relevant data types and data fields)*

| | | | |
|---|---|---|---|
| ☐ **Sensitive** | | | ☐ Data related to children<br>☐ Genetic data<br>☐ Biometric data<br>☐ Health and disability data<br>☐ Race, ethnicity or national origin<br>☐ Political opinions<br>☐ Religious or philosophical beliefs<br>☐ Trade union membership<br>☐ Sex life or sexual orientation<br>☐ Immigration status<br>☐ Government IDs<br>☐ Other: _____ |
| ☐ **Customer** | | | ☐ LTS  ☐ LSS  ☐ LLS  ☐ Glint  ☐ LMS |
| **X  Member** | ☐ **Name, Screen Name or Image from Public Member Profile**<br><br>☐ **Business Card Data** (name, employer, title, work email address, work phone number)<br><br>☐ **For Publication** with publicity release. | ☐ **Member Profile Data** (all other data)<br><br>☐ **Member Contact Data** (email, postal address, phone number)<br><br>X  **User Activity Data** (Purchase History, Page Views, Profile Views, Ad Interactions)<br><br>X  **System and Network Data**<br><br>☐ **Customer Support Case Data** | ☐ **Member Communications** (InMail, Inbox Messages)<br><br>☐ **Member Financial Data** (PCI, salary, transactions, etc.)<br><br>☐ **Member Authentication** (Passwords, credentials, etc.)<br><br>☐ **Recordings and Photos** (Video, Voice, Images)<br><br>☐ **Location** (GPS, IP Address, etc.) |
| **X  Guest** | ☐ **Business Card Data** (name, employer, title, work email address, work phone number)<br><br>☐ **For publication** with publicity release. | ☐ **Contact Data** (email, postal address, phone number)<br><br>X  **User Activity Data**<br><br>X  **System and Network Data**<br><br>☐ **Non-Sensitive Data Gathered to Qualify Research Subjects** | ☐ **Guest Payment or Authentication Data**<br><br>☐ **Recordings and Photos** (Video, Voice, Images)<br><br>☐ **Data Gathered from Research Subjects** |
| ☐ **Workforce** | ☐ **Business Card Data** (name, employer, title, work email address, work phone number) | ☐ **Personal contact data** such as home address, phone number, email address | ☐ **Employee File Data**<br><br>☐ **Payroll, Employee Benefits and Financial Data**<br><br>☐ **Candidate Data** |
| ☐ **Business Contact** | ☐ **Publicly Available** | ☐ **Confidential** | ☐ **Highly Confidential** |

Standalone DPA for LinkedIn Suppliers
(with EU Standard Contractual Clauses)
LinkedIn Confidential and Proprietary
Last Update: September 2021

26

00223451.0