COOLEY LLP
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

COOLEY LLP
NATALIE PEELISH *(Appearance Pro Hac Vice)*
(npeelish@cooley.com)
1700 Seventh Avenue, Suite 1900
Seattle, Washington  98101-1355
Telephone:    +1 206 452 8700
Facsimile:    +1 206 452 8800

Attorneys for Defendant
LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS FARRELL, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Related Cases:<br>3:26-cv-02953-VC<br>3:26-cv-02968-VC<br><br>**DECLARATION OF NATALIE PEELISH IN SUPPORT OF DEFENDANT LINKEDIN'S REQUEST FOR INCORPORATION BY REFERENCE AND/OR JUDICIAL NOTICE**<br><br>Date:        September 3, 2026<br>Time:        10:00 a.m.<br>Location:   17th Floor, Courtroom 3<br>Judge:       Honorable Vincent Chhabria<br>Trial Date: Not Yet Set |
| JEFF GANAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Date Action Filed: April 6, 2026 |

I, Natalie Peelish, hereby declare:

1.     I am an attorney licensed to practice law in the State of Washington and am admitted to practice before this Court *pro hac vice* in these actions.  I am an associate with the firm of Cooley LLP. I have knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the publicly available *BrowserGate* website, which was downloaded on June 29, 2026 from https://browsergate.eu/.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the publicly available webpage *User Agreement*, dated November 3, 2025, which was downloaded on June 29, 2026 from https://www.linkedin.com/legal/user-agreement.

4.     Attached hereto as Exhibit 3 is a true and correct copy of the publicly available webpage *Privacy Policy*, dated November 3, 2025, which was downloaded on June 29, 2026 from https://www.linkedin.com/legal/privacy-policy.

5.     Attached hereto as Exhibit 4 is a true and correct copy of the publicly available webpage *Cookie Policy*, dated June 3, 2022, which was downloaded on June 29, 2026 from https://www.linkedin.com/legal/cookie-policy.

6.     Attached hereto as Exhibit 5 is a true and correct copy of the publicly available webpage *Your Team's LinkedIn Is Your Team's Sales Pipeline*, which was downloaded on June 29, 2026 from https://teamfluence.com/.

7.     Attached hereto as Exhibit 6 is a true and correct copy of the publicly available webpage *Fairlinked*, which was downloaded on June 29, 2026 from https://www.fairlinked.eu/.

8.     Attached hereto as Exhibit 7 is a true and correct copy of the publicly available webpage *PordaAI*, which was downloaded on June 29, 2026 from https://chromewebstore.google.com/detail/pordaai-blur-haram-in-ima/ofhlminijomemliahkjjbgcbfoimjiaj?hl=en.

9.     Attached hereto as Exhibit 8 is a true and correct copy of the publicly available webpage *Anti-woke*, which was downloaded on June 29, 2026 from

https://chromewebstore.google.com/detail/anti-woke/lmilkgfpcjmmcbnenlpjknhleffaeoci?hl=en-US.

10.     Attached hereto as Exhibit 9 is a true and correct copy of the Certified translation of the preliminary March 11, 2026 Judgment of the Regional Court of Munich I (37 O 104/26), appeal pending, in the proceedings between Teamfluence OU and Liebling (Plaintiffs) and LinkedIn Ireland Unlimited Company and LinkedIn Germany GmbH (Respondents).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 30th day of June, 2026 at Seattle, Washington.

/s/ Natalie Peelish
Natalie Peelish

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 30, 2026

By: */s/ Eduardo Santacana*
Eduardo Santacana

Attorney for Defendant
LINKEDIN CORPORATION

- 4 -