# Exhibit 5

**Related Cases:**
*Farrell v. LinkedIn Corp.*, No. 3:26-cv-02953-VC
*Ganan v. LinkedIn Corp.*, No. 3:26-cv-02968-VC



https://teamfluence.com/

GTM Engineer looking for the most complete social signal source? **Check out our GTM Unlimited Plans**

**teamfluence**™   Features ⌄   Pricing   Resources ⌄   Community ⌄   Blog      Sign in    Talk to sales



# Your team's LinkedIn is your team's Sales Pipeline

Teamfluence collects likes, comments, visits and other signals, from people engaging with your team and company.

It filters, syncs and qualifies them and runs your outreach workflows. All on autopilot.

Learn more    Start a 7-day Trial

* no credit card needed



## It's like having radar for LinkedIn

We monitor your team's profile visits, connections, posts, likes, comments, shares—even your company profile and many more assets for social engagement.

Then we tell you who to reach out to.

You decide how.

1

### Collect, qualify, enrich and act

Whether someone visits your profile or that of a colleague, likes your post or follows your company page -- whatever happens on LinkedIn, we collect that signal.

Then AI checks if that person matches your ICP criteria and enriches it with email, phone, and other verified attributes.

And off it goes to whichever tool you use in your stack or playbook.

More about data enrichment →



# Identify 100% of your Linkedin traffic, at the person level long before it hits your website

Website visitor identification is nice—but with ~30% it only uncovers a fraction of your traffic, it's highly inaccurate and very late in the buyer journey.

We provide you with 100% of all the people who engaged with you, your team, your content.

Long before they visit your website.

| Detection | Proccesing | Enrichment | Delivery |
| --- | --- | --- | --- |



### Collect signals from any kind of social engagement

We detect profile visits on your team member's profiles, your company profile, their followers, post commentators, likes, shares, new connections.

2



The LinkedIn 101

# Build workflows and never miss a buyer signal again

We tell you the who, the what and the when.

You decide the how.

**Your If-This-Then-That for Social Selling**

With Teamfluence you can build workflows and react to buyer intent signals on autopilot.

We also check everyone against your list of targeted accounts and our AI Agent makes sure, they match your ICP.

*) After all: we want to make sure that your someone, is not anyone ;)

## If someone* comments on my post then add to Hubspot

See all signals and actions →

4

add-on tools: Networking for teams

# Not having enough signals from qualified prospects?

If your professional network, consists of family & friends, buddies from high school and former co-workers—social selling is really hard.

## Send 1000x connection requests, instead of just 25 a day

LinkedIn limits you to 25 connection requests per day. That's their hard cap.

But with a team of only five? You're sending **125 requests daily**. That's **45,625 targeted invites per year.**

Even at a conservative 50% acceptance rate, you've built an audience of **22,000+ qualified prospects.**

We help you run multi-account connection campaigns that transform LinkedIn's limitation into your unfair advantage.



## Build 10x the Network with 1/10th the Effort

Import your target audience from LinkedIn Search, CSVs, or HubSpot. The system distributes connection requests across your team accounts automatically.

One campaign manager. Dozens of accounts. Hundreds of new connections daily. All visible in a single dashboard showing real-time acceptance rates and campaign progress.

Network building on autopilot.

Learn more about networking →



## Frequently Asked Questions

**Do I need to install a browser extension?**                                                    −

Yes. Teamfluence uses a browser extension to capture LinkedIn signals from your team members' profiles. It takes about two minutes to install per person.

**How do I define my ICP?**                                                                        +

**How long does setup take?**                                                                      +

**What can workflows do?**                                                                         +

## Ready to start social prospecting *as a team?*

Talk to sales





![teamfluence™ logo]

**Teamfluence OÜ**

Tornimäe tn 5
Harju maakond
Kesklinna linnaosa
10145 Tallinn
Estonia
mail: hello@teamfluence.com

Registry Code: 17381325
VAT: EE102936218

**STAY IN THE LOOP**

*Hey, I'm Steven, the founder here.* 👋🏻

*I run a personal mailing list where I share what we're learning from our users and sales leaders about what actually works on LinkedIn.*

*Only the good stuff, and only when it*

**ASK AI ABOUT US**

**ADDITIONAL RESOURCES**

**Help Center**
Check our knowledge base and get help

**Roadmap**
See what we have planned

**Request a Feature**
Tell us what you are missing

*matters.*

name@email.com

**Yes, sign me up!**

A low-key, occasional mailing list from our founder.
No pitching, no selling, just the learnings. You can unsubscribe at any time.
We never share your data and we hate spam.

**Data Privacy & Security**
This is how we handle your data

**Our Terms of Service**
We play by these rules

**Data Processing**
How we work as your data processor

© 2022–2026 Teamfluence OÜ · Teamfluence™ and the Teamfluence™ logo are trademarks of Jaxx Technologies, Inc. · Managing Director: Steven Morell, Jan Liebling · LinkedIn is a trademark of LinkedIn Corporation. Our product is not endorsed by or affiliated with LinkedIn Corporation.