# Exhibit 6

**Related Cases:**
*Farrell v. LinkedIn Corp.*, No. 3:26-cv-02953-VC
*Ganan v. LinkedIn Corp.*, No. 3:26-cv-02968-VC

https://www.fairlinked.eu/



About    Donate    Join us    DGA Services    Contact

# Fairlinked

Holding Microsoft accountable.

Making Linkedin accessible.

Fairlinked - Alliance for digital fairness e.V.
is a non-profit association and advocacy group of commercial Linkedin users

Donate    Become a Member

Copyright 2025-2026 by Fairlinked - Alliance for digital fairness e.V.