# Exhibit 7

**Related Cases:**
*Farrell v. LinkedIn Corp.*, No. 3:26-cv-02953-VC
*Ganan v. LinkedIn Corp.*, No. 3:26-cv-02968-VC

 chrome web store

Discover    **Extensions**    Themes

## PordaAI: Blur Haram in Images & Videos, SuperFast Free private

Add to Chrome

✔ pordaai.com    4.9 ★ (270 ratings)    ⓘ    ⤴ Share

Extension    Tools    7,000 users




     

## Overview

Automatically Block haram & NSFW content in images and videos in real time. Haram Remover Islamic Ai filter for Muslims.

🔴 Please Read The Full Description-Features-Limitations 🔴

💯 Porda AI is the world's first Haram Object Blurring Technology. It is the fastest Haram object detection technology, It is also optimized for working on low-resource devices.

https://chromewebstore.google.com/detail/pordaai-blur-haram-in-ima/ofhlminijomemliahkjjbgcbfoimjiaj?hl=en

1

Discover    Extensions    Themes

🔷 Features of the Porda AI 🔷

✅ Facebook Feed Controlling:
◆ Block Wanted posts, shorts, reels, sponsored, ads etc.
◆ Replacing Motivational Quotes.

✅ 100% Secure:
◆ Runs entirely offline; no data is sent or stored externally.
◆ Ensures user privacy and data security.

✅ User-Friendly Interface:
◆ Intuitive design for easy navigation and settings adjustment.

✅ Instant On/Off Toggle:
◆ Enable or disable the extension without needing to reload the page.

✅ Dynamic Settings Adjustment:
◆ Change settings anytime without requiring a page reload.

✅ Personalization for Websites:
◆ Activate or deactivate detection for specific websites.
◆ Customizable whitelist/blacklist for sites.

✅ Separate Settings for Images and Videos:
◆ Independent settings for image detection and video detection.
◆ Customize detection preferences for each type of media.

✅ Various Covering Options for Your Vision Comfort:
◆ Blur, solid color, full blur, and background color (Bg color) for covering haram objects.

✅ Fast Detection:
◆ Detects and blurs haram objects as soon as the image or video is loaded, ensuring a smooth user experience.

✅ Strong Caching Mechanism:
◆ Dynamic and efficient caching for faster performance.

✅ Optimization for High Accuracy:
◆ Advanced AI trained with extensive custom data for precise detection of haram objects.
◆ Regular updates to improve detection accuracy.

✅ Optimal Halal Vision:

chrome web store

Discover       **Extensions**       Themes

◆ Optimized to run efficiently on both desktop and mobile devices, ensuring it does not slow down your device or impact other tasks.

🔷 Limitations 🔷
◆ Initially, we focused on publishing the project as a Minimum Viable Product (MVP), so there are some limitations.
⚪ We've prioritized detecting common objects first. As a result, the extension may not accurately detect more complex objects.
⚪ The extension works well with images, but video detection may not be perfect for every frame. If desired, you can turn off video detection.
⚪ The extension works on most websites, but there are a few sites where it may not function correctly. If desired, you can turn off detection on that site.
⚪ Firstly, we focused on Computer so there are some limitations for mobile.
⚪ Might not work for too old computer.
✅ We are actively working to resolve these issues and regularly updating the extension to improve its performance.

🔷 Tips 🔷
☀ For the best experience, use the Chrome browser/Brave browser.
☀ If you don't need detection on a particular website, you can turn off detection for that site in the settings.
☀ Use Porda A.I. App on your computer this version works directly on screen on any app.
☀ For optimal performance, keep the accuracy setting at 40% or lower.
☀ If suddenly it stops working then just reload the extension.

🔷 Minimum Recommendation of Requirements 🔷
🖥 For computer: 8Gb ram
📱 For android: 4Gb ram

🔷 How to use 🔷
For Android Kiwi browser needed to install extension.
We will create dedicated app for mobile inshaAllah.
This is chrome extension so use chrome browser.
1. Download the extension and pin it to the browser bar.
2. Click the icon, click save, and it is ready to start working.
3. Try other settings, click save to apply them, and customize as needed.
4. Make any website blacklist or whitelist as you need.
5. If detection in Video not needed, then update settings anytime accordingly.

In today's digital landscape, one of the greatest challenges we face is unexpectedly encountering haram and non-mahram content in images and videos. Whether browsing social media, news portals, watching documentaries, tutorials, or simply surfing the web, non-mahram content can appear anywhere. According to Islamic teachings, gazing upon non-mahram is strictly haram, yet we often forget this as the digital age makes it difficult to avoid.

By the grace of Allah 💚 , we have developed the world's first advanced AI solution. This cutting-edge technology automatically blurs haram objects

3

Discover     Extensions     Themes

chrome web store

This project is very expensive due to its advanced AI capabilities. To further improve this project, we need your support. We are committed to building a Halal Digital Environment using state-of-the-art technology to protect our present ummah and future generations. We have many ongoing projects that will empower you. Will you support us in this Halal technology revolution? Donate to us and join us on this journey.

01823170383 (Bkash/Nagad) (Hijam Ibna Omar)
2050 1806 7001 66103 (Islami Bank Bangladesh Limited - Hijam Ibna Omar)

The accounts accept only Taka (currency). If you wish to donate in a different currency (e.g., USD) or are located outside Bangladesh, please use Remitly (or any other third-party service of your choice) to send your donation to my Bkash or bank account. Please contact me for further assistance.

- Fb: www.fb.com/abdullah.holy
- YouTube: www.youtube.com/@porda-ai
- Gmail: hijamweb@gmail.com
- Feedback form: https://forms.gle/uKoWWYATQvLBHhkN9
- LinkedIn: https://www.linkedin.com/in/hijamibnaomar/

🔹 Request 🔹
Dear Brother/Sister,
We tried as much as we could, and it is just beginning. If you encounter any issues, please let us know. We are dedicated to solving the issue as soon as possible. Please give us the highest review and recommend it to your friends and your communities (through FB posts, FB groups, YouTube videos, etc.) to earn rewards from Allah.

See less

## 4.9 out of 5 ★★★★★

270 ratings  •  Learn more about results and reviews.

See all reviews

# Details

| Version | Size | Developer | Non-trader |
|---|---|---|---|
| 2.0.8 | 15.22MiB | 🌐 Website | This developer has not identified itself as a trader. For consumers in the European |
| | | ✉ Email ⌄ | |
| Updated | Languages | | |

4

## Privacy

⊘ The developer has disclosed that it will not collect or use your data.

This developer declares that your data is

- Not being sold to third parties, outside of the approved use cases
- Not being used or transferred for purposes that are unrelated to the item's core functionality
- Not being used or transferred to determine creditworthiness or for lending purposes

## Related



**NSFWBlur - Blur NSFW...**

4.2 ★ ⓘ

Automatically detect and blur NSFW images and videos usin...



**HaramMute - Remove...**

4.5 ★ ⓘ

Remove background music from videos with one click. Keep the...



**Muslim Tab**

4.9 ★ ⓘ

Muslim Tab is an Islamic themed new tab extension. Every time...



**Halal Tab**

5.0 ★ ⓘ

Halal Replacement of Chrome New Tab

About Chrome Web Store • Developer Dashboard • Privacy Policy • Terms of Service • Help