# Exhibit 8

**Related Cases:**
*Farrell v. LinkedIn Corp.*, No. 3:26-cv-02953-VC
*Ganan v. LinkedIn Corp.*, No. 3:26-cv-02968-VC



Search extensions and themes

Discover    **Extensions**    Themes

# Anti-woke



Add to Chrome

⚐ Featured    3.9 ★ (20 ratings)  ⓘ    ⤴ Share

Extension    Accessibility    201 users







# Overview

The anti-wokeness extension. Shows warnings about woke companies.

 chrome web store

Discover    **Extensions**    Themes

Wokeness is a fixation on class, gender, and race and the perceived oppression between those identities. One example is telling employees "Try to be less white". Companies exist to deliver services to their customers and not to preach woke politics.

Anti-woke is also available as an Android app:
https://play.google.com/store/apps/details?id=no.freedom.anti_woke

The project is available on GitHub:
https://github.com/anti-wokeness/Anti-woke

Also available as a website:
Anti-woke.net

See less

## 3.9 out of 5 ★★★★☆

20 ratings  •  Learn more about results and reviews.

See all reviews

# Details

June 9, 2023

127KiB

Union, please note that consumer rights do not apply to contracts between you and this developer.

Flag concern

**Languages**
English (United States)

---

## Privacy

✓ The developer has disclosed that it will not collect or use your data.

This developer declares that your data is

- Not being sold to third parties, outside of the approved use cases
- Not being used or transferred for purposes that are unrelated to the item's core functionality
- Not being used or transferred to determine creditworthiness or for lending purposes

---

## Support                                                          Visit support hub

---

## Related



Clickbait Remover for...
4.5 ★ ⓘ



Hide X.com Ads
3.9 ★ ⓘ



Binnen-I be gone
4.9 ★ ⓘ



DeArrow - Better Titles an...
4.3 ★ ⓘ

chrome web store

Discover    Extensions    Themes

About Chrome Web Store  •  Developer Dashboard  •  Privacy Policy  •  Terms of Service  •  Help

**4**