COOLEY LLP
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

COOLEY LLP
RJ VOGT (354021)
(rvogt@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone: +1 212 479 6000
Facsimile: +1 212 479 6275

COOLEY LLP
NATALIE PEELISH (*Appearance Pro Hac Vice*)
(npeelish@cooley.com)
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101-1355
Telephone: +1 206 452 8700
Facsimile: +1 206 452 8800

Attorneys for Defendant
LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS FARRELL, individually and on behalf of all other persons similarly situated,

Plaintiff,

v.

LINKEDIN CORPORATION,

Defendant.

JEFF GANAN, on behalf of himself and all others similarly situated,

Plaintiff,

v.

LINKEDIN CORPORATION,

Defendant.

Related Cases:
No. 3:26-cv-02953-VC
No. 3:26-cv-02968-VC

**DECLARATION OF SIMONA AGNOLUCCI IN SUPPORT OF DEFENDANT LINKEDIN CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Date Actions Filed: April 6, 2026

I, Simona Agnolucci, declare as follows:

1. My name is Simona Agnolucci. I am a partner at Cooley LLP and I am licensed to practice law in the State of California. I am admitted to practice before this Court. I am counsel of record for Defendant. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would competently testify thereto under oath.

2. Pursuant to Local Rule 7-11, my associate RJ Vogt emailed counsel on September 15, 2026 for both *Ganan v. LinkedIn Corporation,* No. 3:26-cv-02968-VC (N.D. Cal.) and *Farrell v. LinkedIn Corporation*, No. 3:26-cv-2953 (N.D. Cal.) regarding relating those cases to *Fairlinked e.V. et al. v. LinkedIn Corporation,* No. 5:26-cv-10330 (N.D. Cal.) (the "*Fairlinked*" Action).

3. Counsel for Ganan, who is also the counsel for Fairlinked, responded to the email. He wrote that none of the plaintiffs he represents stipulate.

4. Counsel for Farrell did not respond prior to filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September 15, 2026, in San Francisco, California.

*/s/ Simona Agnolucci*
Simona Agnolucci