UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFF GANAN,
Plaintiff,

v.

LINKEDIN CORPORATION,
Defendant.

26-cv-02968-VC

**JUDGMENT**

As Ganan has indicated that he does not intend to file an amended complaint, *see* Dkt No. 43, judgment is entered in accordance with the order dismissing this case. *See* Dkt. No. 42. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: September 16, 2026

VINCE CHHABRIA
United States District Judge